UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARR,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LELAND McEWEN, Acting Warden,<br><br>　　　　　　Respondent. | NO. CV 10-04668 RGK (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner at his current address of record.

Dated: \_\_\_\_\_AUG 1 3 2010\_\_\_\_\_, 2010.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2