# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARR, | ) NO. CV 10-04668 RGK (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| LELAND McEWEN, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: AUG 1 3 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE